IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00367-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERALD CHRISTOPHER CHAVEZ,

    Defendant.

---

## ORDER TO SET MOTION HEARING AND
## TO CONTINUE REVOCATION HEARING

---

    This matter is before the Court on defendant's Motion To Continue Revocation Hearing and for Discovery (Dkt. # 14), which is unopposed. It is hereby

    ORDERED that the revocation hearing currently set for February 7, 2006 at 4:00 p.m. is CONVERTED to a hearing on defendant's Motion for Discovery (Dkt. # 14). It is

    FURTHER ORDERED that the revocation hearing is RESET to **March 6, 2006 at 10:00 a.m.**

    DATED: February 3, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge