IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00367-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERALD CHRISTOPHER CHAVEZ,

    Defendant.

## ORDER TO CONTINUE MOTION HEARING

This matter is before the Court *sua sponte*. It is hereby

ORDERED that the motion hearing currently set for February 7, 2006 at 4:00 p.m. is CONTINUED to **February 9, 2006 at 10:30 a.m.**

    DATED: February 7, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge