IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00367-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERALD CHRISTOPHER CHAVEZ,

    Defendant.

## ORDER TO RESET STATUS CONFERENCE

This matter is before the Court *sua sponte*. It is ORDERED that the status conference currently set for April 6, 2006 is RESET to **Monday, April 10, 2006 at 2:30 p.m.**

    DATED: April 3, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge