IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00367-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERALD CHRISTOPHER CHAVEZ,

    Defendant.

## ORDER SETTING REVOCATION HEARING

IT IS HEREBY ORDERED that a hearing is set for **Thursday, January 4, 2007 at 11:00 a.m.** in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, regarding the revocation of supervised release for Defendant Chavez.

DATED:  December 6, 2006

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge